THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 James A.
 Edwards, Appellant,
 v.
 South Carolina
 Department of Probation, Parole, and Pardon Services, Respondent.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2011-UP-073
Submitted February 1, 2011  Filed
 February 23, 2011
AFFIRMED

 
 
 
 James A. Edwards, pro se, for Appellant.
 Tommy Evans, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM:  James A. Edwards appeals the circuit
 court's order granting the South Carolina Department of
 Probation, Parole, and Pardon Services's motion to dismiss, arguing the circuit
 court erred in holding his parole ineligibility did not violate the Ex Post
 Facto Clause.[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Rule 220(c),
 SCACR ("The appellate court may affirm any
 ruling, order, decision or judgment upon any ground(s) appearing in the Record
 on Appeal."); Judy v. Martin, 381 S.C. 455, 458, 674 S.E.2d 151,
 153 (2009) ("Under the law-of-the-case doctrine, a party is precluded from
 relitigating, after an appeal, matters that were either not raised on appeal,
 but should have been, or raised on appeal, but expressly rejected by the
 appellate court.").
AFFIRMED.
WILLIAMS, GEATHERS, and LOCKEMY, JJ., concur.

[1] U.S. Const. art. I, § 9, cl. 3. 
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.